**FILED**

**MAR 16 2021**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Criminal No. 21-30038-SPM |
| ) | |
| MELISSA D. WASYLAK, ) | Title 18, United States Code, Sections |
| ) | 641 & 1343, and Title 42, United States |
| Defendant ) | Code, Section 1383a(a)(1) |
| ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1
### Wire Fraud – 18 U.S.C. § 1343

1. At times material to this indictment:

    a. The Social Security Administration ("SSA") operated a program known as Supplemental Security Income ("SSI").

    b. The purpose of SSI was to assure a minimum level of income to people who were aged, blind, or disabled and who had limited income and resources.

    c. Children were eligible to receive SSI benefits. When the children turned 18, the SSA determined eligibility for continued SSI based upon the criteria for adult applications.

    d. Most children under the age of 18, and adults who needed help managing their financial affairs, were required to have a "Representative Payee" for purposes of receiving their SSI benefits. A Representative Payee was a person, agency, organization, or institution selected by SSA to manage the child's SSI benefits.

e. All SSI benefits were required to be used to pay for the needs of the child or adult beneficiary. Specifically, Representative Payees were required to use the beneficiary's SSI benefits for the child's basic needs for food, clothing, housing, medical care, and personal comfort items.

f. SSI beneficiaries, or their Representative Payees, were required to report any changes that might have affected eligibility to receive SSI benefits, including changes of addresses and changes in living arrangements.

g. Under certain circumstances, Representative Payees were required to annually report to SSA how the SSI funds were used.

2. At times material to this indictment:

a. Defendant MELISSA D. WASYLAK was a resident of Alton, Illinois, and East Alton, Illinois.

b. In 1995, WASYLAK bore a child with the initials "C.P." C.P. was born with Downs Syndrome.

c. WASYLAK applied for C.P. to receive SSI benefits shortly after C.P. was born. The application was approved.

d. WASLYAK was approved to be the Representative Payee for C.P.

e. WASYLAK caused C.P.'s SSI benefits to be deposited into an account, in WASYLAK's name, at First Clover Leaf Bank. First Clover Leaf Bank was later purchased by First Mid Bank & Trust.

3. From at least November 1, 2011, through at least May 23, 2019, in Madison County, within the Southern District of Illinois, and elsewhere,

MELISSA D. WASYLAK,

defendant herein, knowingly devised and engaged in a scheme to defraud the Social Security Administration and C.P., and to obtain money, funds, and property belonging to the Social Security Administration by means of materially false and fraudulent pretenses, representations, and promises.

4. The object of this scheme was for WASYLAK to obtain and use for her personal benefit at least $58,345 of SSI benefits that were intended to benefit C.P.

5. In approximately 2008, C.P. stopped residing with WASYLAK and began residing with WASYLAK' ex-husband, W.G.

6. After C.P. stopped residing with her, WASYLAK continued to receive C.P's SSI benefits via direct deposits into her account at First Clover Leaf Bank/First Mid Bank & Trust. WASYLAK used these SSI funds to pay her own personal expenses.

7. WASYLAK concealed from the Social Security Administration that C.P. was no longer residing with her.

8. For purposes of concealing her illegal behavior, WASYLAK submitted "Representative Payee Reports" to the Social Security Administration which falsely claimed that C.P. was still residing with her, and which falsely claimed that WASYLAK had used all of the SSI benefits received in the past year to pay for C.P.'s expenses.

9. On or about December 31, 2018,

MELISSA D. WASYLAK,

defendant herein, for the purpose of executing the aforesaid scheme, and attempting to do so, knowingly caused to be transmitted by means of a wire communication in interstate commerce, certain signals from East Rutherford, New Jersey, to Mattoon, Illinois, namely a wire transfer of

$771 in SSI benefits for C.P., which were deposited into account number xxxxxx5227 in the name of WASYLAK at First Mid Bank & Trust;

In violation of Title 18, United States Code, Section 1343.

## COUNT TWO
## Wire Fraud – 18 U.S.C. § 1343

1.   Paragraphs 1 through 8 of Count One of this indictment are realleged here.

2.   On or about February 1, 2019,

MELISSA D. WASYLAK,

defendant herein, for the purpose of executing the aforesaid scheme, and attempting to do so, knowingly caused to be transmitted by means of a wire communication in interstate commerce, certain signals from East Rutherford, New Jersey, to Mattoon, Illinois, namely a wire transfer of $771 in SSI benefits for C.P., which were deposited into account number xxxxxx5227 in the name of WASYLAK at First Mid Bank & Trust;

In violation of Title 18, United States Code, Section 1343.

## COUNT THREE
### Wire Fraud – 18 U.S.C. § 1343

1. Paragraphs 1 through 8 of Count One of this indictment are realleged here.

2. On or about March 1, 2019,

MELISSA D. WASYLAK,

defendant herein, for the purpose of executing the aforesaid scheme, and attempting to do so, knowingly caused to be transmitted by means of a wire communication in interstate commerce, certain signals from East Rutherford, New Jersey, to Mattoon, Illinois, namely a wire transfer of $771 in SSI benefits for C.P., which were deposited into account number xxxxxx5227 in the name of WASYLAK at First Mid Bank & Trust;

In violation of Title 18, United States Code, Section 1343.

## COUNT FOUR
### Wire Fraud – 18 U.S.C. § 1343

1. Paragraphs 1 through 8 of Count One of this indictment are realleged here.

2. On or about April 1, 2019,

MELISSA D. WASYLAK,

defendant herein, for the purpose of executing the aforesaid scheme, and attempting to do so, knowingly caused to be transmitted by means of a wire communication in interstate commerce, certain signals from East Rutherford, New Jersey, to Mattoon, Illinois, namely a wire transfer of $771 in SSI benefits for C.P., which were deposited into account number xxxxxx5227 in the name of WASYLAK at First Mid Bank & Trust;

In violation of Title 18, United States Code, Section 1343.

## COUNT FIVE
## Wire Fraud – 18 U.S.C. § 1343

1. Paragraphs 1 through 8 of Count One of this indictment are realleged here.

2. On or about May 1, 2019,

MELISSA D. WASYLAK,

defendant herein, for the purpose of executing the aforesaid scheme, and attempting to do so, knowingly caused to be transmitted by means of a wire communication in interstate commerce, certain signals from East Rutherford, New Jersey, to Mattoon, Illinois, namely a wire transfer of $771 in SSI benefits for C.P., which were deposited into account number xxxxxx5227 in the name of WASYLAK at First Mid Bank & Trust;

In violation of Title 18, United States Code, Section 1343.

## COUNT SIX
## Theft of Government Funds – 18 U.S.C. § 641

On approximately August 2, 2018, in Madison County, within the Southern District of Illinois,

MELISSA D. WASYLAK,

defendant herein, did embezzle, steal, and knowingly convert to her own use money that belonged to the United States, namely by using $66.25 of SSI funds to make a purchase at Ted's Motorcycle World in Alton, Illinois;

In violation of Title 18, United States Code, Section 641.

## COUNT SEVEN
### Theft of Government Funds – 18 U.S.C. § 641

On approximately September 4, 2018, in Madison County, within the Southern District of Illinois,

### MELISSA D. WASYLAK,

defendant herein, did embezzle, steal, and knowingly convert to her own use money that belonged to the United States, namely by using $88.45 of SSI funds to make a payment to Expert Pay for one of her personal debts;

In violation of Title 18, United States Code, Section 641.

## COUNT EIGHT
### Theft of Government Funds – 18 U.S.C. § 641

On approximately October 3, 2018, in Madison County, within the Southern District of Illinois,

### MELISSA D. WASYLAK,

defendant herein, did embezzle, steal, and knowingly convert to her own use money that belonged to the United States, namely by using $267.70 of SSI funds to make a payment to Expert Pay for one of her personal debts;

In violation of Title 18, United States Code, Section 641.

## COUNT NINE
### Theft of Government Funds – 18 U.S.C. § 641

On approximately November 2, 2018, in Madison County, within the Southern District of Illinois,

MELISSA D. WASYLAK,

defendant herein, did embezzle, steal, and knowingly convert to her own use money that belonged to the United States, namely by withdrawing $80 of SSI funds from account number xxxxxx5227 and using those funds to pay for her personal expenses;

In violation of Title 18, United States Code, Section 641.

## COUNT TEN
### Theft of Government Funds – 18 U.S.C. § 641

On approximately November 2, 2018, in Madison County, within the Southern District of Illinois,

MELISSA D. WASYLAK,

defendant herein, did embezzle, steal, and knowingly convert to her own use money that belonged to the United States, namely by using $157.27 of SSI funds to make a payment to Expert Pay for one of her personal debts;

In violation of Title 18, United States Code, Section 641.

## COUNT ELEVEN
### Theft of Government Funds – 18 U.S.C. § 641

On approximately December 3, 2018, in Madison County, within the Southern District of Illinois,

### MELISSA D. WASYLAK,

defendant herein, did embezzle, steal, and knowingly convert to her own use money that belonged to the United States, namely by using $164.41 of SSI funds to make a payment to Expert Pay for one of her personal debts;

In violation of Title 18, United States Code, Section 641.

## COUNT TWELVE
### Theft of Government Funds – 18 U.S.C. § 641

On approximately January 3, 2019, in Madison County, within the Southern District of Illinois,

### MELISSA D. WASYLAK,

defendant herein, did embezzle, steal, and knowingly convert to her own use money that belonged to the United States, namely by using $53.55 of SSI funds to make a payment to Expert Pay for one of her personal debts;

In violation of Title 18, United States Code, Section 641.

## COUNT THIRTEEN
### Theft of Government Funds – 18 U.S.C. § 641

On approximately February 4, 2019, in Madison County, within the Southern District of Illinois,

### MELISSA D. WASYLAK,

defendant herein, did embezzle, steal, and knowingly convert to her own use money that belonged to the United States, namely by using $145 of SSI funds to make a payment to Expert Pay for one of her personal debts;

In violation of Title 18, United States Code, Section 641.

## COUNT FOURTEEN
### Theft of Government Funds – 18 U.S.C. § 641

On approximately March 4, 2019, in Madison County, within the Southern District of Illinois,

### MELISSA D. WASYLAK,

defendant herein, did embezzle, steal, and knowingly convert to her own use money that belonged to the United States, namely by withdrawing $102.75 of SSI funds from account number xxxxxx5227 and using those funds to pay for her personal expenses;

In violation of Title 18, United States Code, Section 641.

## COUNT FIFTEEN
## Theft of Government Funds – 18 U.S.C. § 641

On approximately March 4, 2019, in Madison County, within the Southern District of Illinois,

MELISSA D. WASYLAK,

defendant herein, did embezzle, steal, and knowingly convert to her own use money that belonged to the United States, namely by using $23.47 of SSI funds to make a payment to Expert Pay for one of her personal debts;

In violation of Title 18, United States Code, Section 641.

## COUNT SIXTEEN
## Theft of Government Funds – 18 U.S.C. § 641

On approximately April 3, 2019, in Madison County, within the Southern District of Illinois,

MELISSA D. WASYLAK,

defendant herein, did embezzle, steal, and knowingly convert to her own use money that belonged to the United States, namely by using $31.16 of SSI funds to make a payment to Expert Pay for one of her personal debts;

In violation of Title 18, United States Code, Section 641.

## COUNT SEVENTEEN
### Theft of Government Funds – 18 U.S.C. § 641

On approximately May 2, 2019, in Madison County, within the Southern District of Illinois,

### MELISSA D. WASYLAK,

defendant herein, did embezzle, steal, and knowingly convert to her own use money that belonged to the United States, namely by using $69.90 of SSI funds to pay for a subscription with a company called UltraForeclosures.com;

In violation of Title 18, United States Code, Section 641.

## COUNT EIGHTEEN
### Theft of Government Funds – 18 U.S.C. § 641

On approximately May 3, 2019, in Madison County, within the Southern District of Illinois,

### MELISSA D. WASYLAK,

defendant herein, did embezzle, steal, and knowingly convert to her own use money that belonged to the United States, namely by withdrawing $73 of SSI funds from account number xxxxxx5227 and using those funds to pay for her personal expenses;

In violation of Title 18, United States Code, Section 641.

## COUNT NINETEEN
### False Statements in Connection with SSI Benefits – 42 U.S.C. § 1383a(a)(2)

On or about May 1, 2017, at Madison County, in the Southern District of Illinois,

### MELISSA D. WASYLAK,

defendant herein, did knowingly and willfully make, and cause to be made, a false statement of material fact for use in determining rights to SSI benefits, namely the statements on a Representative Payee Report that:

> C.P.'s current address was 134 Goulding Avenue, East Alton, Illinois 62024; and

> She had used all $7,894 of the SSI benefits received from 11/1/2014 to 10/31/2015 to pay for C.P.'s food and housing;

In violation of Title 42, United States Code, Section 1383a(a)(2).

## COUNT TWENTY
### False Statements in Connection with SSI Benefits – 42 U.S.C. § 1383a(a)(2)

On or about May 1, 2017, at Madison County, in the Southern District of Illinois,

### MELISSA D. WASYLAK,

defendant herein, did knowingly and willfully make, and cause to be made, a false statement of material fact for use in determining rights to SSI benefits, namely the statements on a Representative Payee Report that:

> C.P.'s current address was 134 Goulding Avenue, East Alton, Illinois 62024; and

> She had used all $8,553 of the SSI benefits received from 11/1/2015 to 10/31/2016 to pay for C.P.'s food and housing;

In violation of Title 42, United States Code, Section 1383a(a)(2).

## COUNT TWENTY-ONE
### False Statements in Connection with SSI Benefits – 42 U.S.C. § 1383a(a)(2)

On or about February 24, 2018, at Madison County, in the Southern District of Illinois,

### MELISSA D. WASYLAK,

defendant herein, did knowingly and willfully make, and cause to be made, a false statement of material fact for use in determining rights to SSI benefits, namely the statements on a Representative Payee Report that:

> C.P.'s current address was 134 Goulding Avenue, East Alton, Illinois 62024;
>
> She had used $8,016 of the $8,816 in SSI benefits received from 11/1/2016 to 10/31/2017 to pay for C.P.'s food and housing; and
>
> She had used the remaining $800 of the $8,816 of SSI benefits received from 11/1/2016 to 10/31/2017 to pay for C.P.'s clothing, education, medical and dental expenses, recreation, or personal items;

In violation of Title 42, United States Code, Section 1383a(a)(2).

Digitally signed by STEVEN WEINHOEFT
Date: 2021.03.16 08:13:52 -05'00'

STEVEN D. WEINHOEFT
United States Attorney

SCOTT A. VERSEMAN
Assistant United States Attorney

Recommended bond: _____ $10,000 Unsecured _____