THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>   )<br>   Plaintiff,   )<br>   )<br>vs.   )<br>   )<br>MELISSA D. WASYLAK,   )<br>   )<br>   Defendant.   ) | No.   21 CR 30038-SPM |

## STIPULATION OF FACTS

Comes now Steven D. Weinhoeft, United States Attorney for the Southern District of Illinois, through Scott A. Verseman, Assistant U.S. Attorney for this District, and herewith enter into the following Stipulation of Facts with the Defendant, Melissa D. Wasylak, represented by her attorney, Todd M. Schultz, pertaining to the conduct of the Defendant charged in the Indictment in this case and the relevant conduct of the Defendant within the scope of U.S.S.G. § 1B1.3.

1. Defendant Wasylak was a resident of Alton, Illinois, and East Alton, Illinois, at all times referenced in the indictment.

2. In 1995, Defendant bore a child with the initials C.P. C.P. was born with Downs Syndrome.

3. Shortly after C.P. was born, Defendant applied with the Social Security Administration ("SSA") for C.P. to receive Supplemental Security Income ("SSI") benefits. The application was approved.

4. Defendant was approved to be the Representative Payee for C.P. Defendant caused C.P.'s SSI benefits to be deposited into an account in Defendant's name at First Clover Leaf Bank, which was later purchased by First Mid Bank & Trust.

5. As Defendant knew, she was required to spend all the SSI benefits for C.P.'s needs, including food, clothing, housing, medical care, and personal comfort items.

6. As charged in Count One of the indictment, from at least November 1, 2011, through at least May 23, 2019, Defendant knowingly devised and engaged in a scheme to defraud the Social Security Administration and C.P., and to obtain money, funds, and property belonging to the Social Security Administration by means of materially false and fraudulent pretenses, representations, and promises. Defendant conducted this fraud scheme from her personal residences in Alton and East Alton, in Madison County, Illinois.

7. In approximately 2008, C.P. stopped residing with WASYLAK and began residing with Defendant's ex-husband, W.G.

8. After C.P. stopped residing with her, Defendant continued to receive C.P's SSI benefits via direct deposits into her account at First Clover Leaf Bank/First Mid Bank & Trust. Defendant used these SSI funds to pay her own personal expenses.

9. Defendant concealed from the Social Security Administration that C.P. was no longer residing with her.

10. For purposes of concealing her illegal behavior, WASYLAK submitted "Representative Payee Reports" to the Social Security Administration which falsely claimed that C.P. was still residing with her, and which falsely claimed that WASYLAK had used all of the SSI benefits received in the past year to pay for C.P.'s expenses.

11. As a result of her scheme to defraud, Defendant received at least $58,345 of C.P.'s SSI benefits and used those funds for her own personal expenses.

12. As charged in Count One, for the purpose of executing her scheme to defraud, on December 31, 2018, Defendant caused to be transmitted by means of a wire communication in

interstate commerce, certain signals from East Rutherford, New Jersey, to Mattoon, Illinois, namely a wire transfer of $771 in SSI benefits for C.P., which were deposited into account number xxxxxx5227 in Defendant's name at First Mid Bank & Trust

SO STIPULATED:

_____
MELISSA D. WASYLAK
Defendant

_____
TODD M. SCHULTZ
Attorney for Defendant

Date: _07-23-21_____

STEVEN D. WEINHOEFT
United States Attorney

*Scott Verseman*
_____
SCOTT A. VERSEMAN
Assistant United States Attorney

Date: ___07/24/2021_____

3